ORIGINAL

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 09-00141DAE-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:13-00197-01 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: RONALD JOSEPH RADCLIFFE | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/26/2013 — TO 3/25/2016 |

**OFFENSE**
Count 8: BRIBERY OF A PUBLIC OFFICIAL, in violation of 18 U.S.C. § 201(b)(2)(B), a Class C felony, and
Count 9: CONSPIRACY TO COMMIT MONEY LAUNDERING, in violation of 18 U.S.C. § 1956(h), a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAY 15 2013
Date

SUSAN OKI MOLLWAY
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-21-13
Effective Date

United States District Judge